United States District Court
Southern District of Texas
**ENTERED**
January 08, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| REINA PEREZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 4:19-cv-03034 |
| | § | |
| OCWEN FINANCIAL CORPORATION, ET AL., | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

On this date came on for consideration the Agreed Motion to Dismiss with Prejudice brought by Plaintiff Reina Perez, individually and in her capacity as the requested executor of the Estate of Victor Manual Portillo, Deceased ("Plaintiff") and Defendants Ocwen Financial Corporation ("OFS") and PHH Mortgage Corporation s/b/m Ocwen Loan Servicing, LLC ("PHH") (collectively, "Defendants"), the pleadings and evidence, and the Court finds that the Agreed Motion to Dismiss with Prejudice is sufficient to dismiss all of Plaintiff's claims against Defendants, as well as unserved defendant Power Default Services, Inc., incorrectly sued as Power Default Services, with prejudice.

IT IS THEREFORE ORDERED that all claims Plaintiff brought or could have brought against defendant Ocwen Financial Corporation, PHH Mortgage Corporation, successor by merger to Ocwen Loan Servicing, LLC, and Power Default Services, Inc. are hereby dismissed with prejudice to re-filing, with each party to bear its own costs and attorney's fees. This Agreed Order dismisses all claims and all parties.

Signed: _Jan 8_, 2020

_____
Judge Presiding

APPROVED:

*/s/ Arden J. Morley*
Arden J. Morley
Texas Bar I.D. 14460775
amorley@morleylaw.com

The Morley Law Firm
P.O. Box 697
Stafford, TX 77497
(713) 839-9955 Phone
(713) 758-0281 Fax
ATTORNEY FOR PLAINTIFF


*/s/ Charles R. Curran*
J. Garth Fennegan
Texas Bar I.D. 24004642
   Southern District No. 22521
*gfennegan@settlepou.com*
Charles R. Curran
Texas Bar I.D. 24076334
   Southern District No. 1241722
*ccurran@settlepou.com*

SETTLEPOU
3333 Lee Parkway, Eighth Floor
Dallas, Texas 75219
(214) 520-3300
(214) 526-4145 (Facsimile)
ATTORNEYS FOR DEFENDANTS OCWEN
FINANCIAL CORPORATION AND PHH
MORTGAGE CORPORATION, AS
SUCCESSOR BY MERGER TO OCWEN LOAN SERVICING, LLC